IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

MICHAEL SORENSEN,

                Plaintiff,

    v.

                                          Case No. 20-cv-321-jdp

ANDREW M. SAUL,
Commissioner of Social Security

                Defendant.

JUDGMENT IN A CIVIL CASE

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of defendant Andrew M. Saul, against Michael Sorensen affirming the Commissioner's decision and dismissing this case.

_____
s/ V. Olmo, Deputy Clerk
Peter Oppeneer, Clerk of Court

_____
3/03/2021
Date